

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-12-00398-CR

Robert **WATSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1543-CR
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court